IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN C. RICHARDSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:18-cv-813-ECM |
| | ) (WO) |
| RUSSELL COUNTY DISTRICT | ) |
| AND CIRCUIT JUDGES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

On February 5, 2019, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case be and is hereby DISMISSED without prejudice for the Petitioner's failure to comply with the orders of this Court and failure to prosecute this action.

A Final Judgment will be entered.

Done this 22nd day of March, 2019.

    /s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE